# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID PARKER,
                    Appellant,
            vs.
THE CLARK COUNTY SHERIFF'S
OFFICE; JOSEPH LOMBARDO; DR.
ERICK; OFFICER KINCADE; AND
OFFICER KATSUNA,
                    Respondents.

No. 75221

**FILED**

MAR 22 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On February 20, 2018, appellant filed a pro se notice of appeal. The notice of appeal does not designate any district court order. It appears that appellant filed his complaint in district court on February 16, 2018, and then immediately filed the instant notice of appeal, before there had been any action taken in district court. Because appellant has failed to identify any appealable order in his notice of appeal and because it appears no appealable order has been entered in district court, *see* NRAP 3A, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.        _____, J.
Parraguirre                          Stiglich

cc: Hon. Timothy C. Williams, District Judge
David Parker
Attorney General/Carson City
Eighth District Court Clerk